ENTER/JS-6
ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 17 2011
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 17 2011
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT QUEZADA, | Case No. CV 11-04296 JST (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed for lack of jurisdiction for the reasons set forth in the related Order.

DATED: June 16, 2011

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE